1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARVJEET SINGH, | CASE NO. CV F 07-0087 LJO DLB |
| Plaintiff, | **ORDER ON DEFENDANTS' MOTION FOR EXTENSION TO ANSWER** |
| vs. | (Docs. 14, 15.) |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. / | |

In this action to address delay to process plaintiff Sarvjeet Singh's ("plaintiff's") naturalization application, the federal defendants filed on March 16, 2007 their motion for an extension to May 16, 2007 to respond to plaintiff's complaint on grounds that plaintiff's application is pending security clearance by the Federal Bureau of Investigation. Plaintiff objected to an extension on grounds that the federal defendants have delayed unreasonably to process plaintiff's application.

Through an unknown oversight, this Court has not sooner addressed the federal defendants' extension motion. As such, the federal defendants have received in effect the benefit of an extension.

This Court set a May 17, 2007 scheduling conference. This Court is unable to conduct a meaningful scheduling conference until the federal defendants have filed an answer.

On the basis of good cause, this Court:

1. ORDERS the federal defendants, no later than May 16, 2006, to file and serve their response to plaintiff's complaint;

1

2. VACATES the May17, 2007 scheduling conference;

3. RESETS the scheduling conference to June 18, 2007 at 8:30 a.m. in Department 4 (LJO). The parties are encouraged to attend the scheduling conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680; and

4. ORDERS the parties, no later than June 11, 2007, to file a joint scheduling report.

IT IS SO ORDERED.

**Dated:    May 9, 2007**                         **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE