1

2

3

4

5

6

7

8

9

10            **IN THE UNITED STATES DISTRICT COURT**

11          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13   SARVJEET SINGH,                              CASE NO. CV F 07-0087 LJO DLB

14                    Plaintiff,            _____**ORDER TO CLOSE CASE**

15          vs.

16   MICHAEL CHERTOFF, Secretary of
     Homeland Security, EMILIO T. GONZALEZ,
17   Director of the U.S. Citizenship & Immigration
     Services, DAVID STILL, District Director
18   of the U.S. Citizenship & Immigration Services,
     DON RIDING, Officer in Charge of the Fresno
19   Office of the U.S. Citizenship & Immigration
     Services, and McGREGOR W. SCOTT, Attorney
20   General of the United States, Eastern District

21                    Defendants.
                                                      /
22

23          On January 16, 2007, Plaintiff filed a complaint for declaratory judgment of naturalization.  On

24   May 15, 2007, this Court signed a joint stipulation and order remanding the case to the United States

25   Citizenship & Immigration Services with instructions to adjudicate Plaintiff's application for

26   naturalization within 30 days.  On June 13, 2007, Defendants filed a "Notice of Administrative

27   Adjudication" along with a letter to Plaintiff advising him that his application for naturalization was

28   granted.

                                                 1

1    Plaintiff has obtained the relief sought; namely, his application for naturalization has now been

2   adjudicated.  The complaint, therefore,  is now moot.  Accordingly, the Court orders the clerk to CLOSE

3   this case.

4

5       IT IS SO ORDERED.

6   **Dated:    June 18, 2007**                              **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28